THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK PLAIA and MICHAEL SCLAFONIA, Appellants.

(Argued October 16, 1929; decided November 19, 1929.)

*John Cardone* and *Louis Fabricant* for appellants.

*Elvin N. Edwards, District Attorney (Philip Huntington* and *Albert M. DeMeo* of counsel), for respondent.

Judgment of conviction affirmed as to each defendant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.